The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

Maria Theresa C. Vinluan

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

Mary Jo Whateley

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

NY CPLR § 213; JL § 487

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)           NATURE OF SUIT

**TORTS**                                                          **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**      **PERSONAL INJURY**           **FORFEITURE/PENALTY**    **BANKRUPTCY**                          **OTHER STATUTES**

[ ] 110  INSURANCE          [ ] 310 AIRPLANE          [ ] 367 HEALTHCARE/
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT      PHARMACEUTICAL PERSONAL  [ ] 625 DRUG RELATED     [ ] 422 APPEAL                          [ ] 375 FALSE CLAIMS
[ ] 130  MILLER ACT             LIABILITY                 INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY       28 USC 158                         [ ] 376 QUI TAM
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY          21 USC 881           [ ] 423 WITHDRAWAL                      [ ] 400 STATE
         INSTRUMENT             SLANDER                   PRODUCT LIABILITY        [ ] 690 OTHER                28 USC 157                              REAPPORTIONMENT
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL           [ ] 368 ASBESTOS PERSONAL                                                                    [ ] 410 ANTITRUST
         OVERPAYMENT &          EMPLOYERS'                INJURY PRODUCT                                                                           [ ] 430 BANKS & BANKING
         ENFORCEMENT            LIABILITY                 LIABILITY                **PROPERTY RIGHTS**                                              [ ] 450 COMMERCE
         OF JUDGMENT        [ ] 340 MARINE                                                                                                         [ ] 460 DEPORTATION
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT   **PERSONAL PROPERTY**        [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT            [ ] 470 RACKETEER INFLU-
[ ] 152  RECOVERY OF            LIABILITY                                         [ ] 830 PATENT                                                        ENCED & CORRUPT
         DEFAULTED          [ ] 350 MOTOR VEHICLE    [ ] 370 OTHER FRAUD          [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                      ORGANIZATION ACT
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING     [ ] 840 TRADEMARK                                                    (RICO)
         (EXCL VETERANS)        PRODUCT LIABILITY                                                                                                  [ ] 480 CONSUMER CREDIT
[ ] 153  RECOVERY OF        [x] 360 OTHER PERSONAL                                                         **SOCIAL SECURITY**                      [ ] 485 TELEPHONE CONSUMER
         OVERPAYMENT            INJURY               [ ] 380 OTHER PERSONAL       **LABOR**                                                            PROTECTION ACT
         OF VETERAN'S       [ ] 362 PERSONAL INJURY-     PROPERTY DAMAGE                                   [ ] 861 HIA (1395ff)
         BENEFITS               MED MALPRACTICE      [ ] 385 PROPERTY DAMAGE      [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)                [ ] 490 CABLE/SATELLITE TV
[ ] 160  STOCKHOLDERS                                    PRODUCT LIABILITY            STANDARDS ACT        [ ] 863 DIWC/DIWW (405(g))               [ ] 850 SECURITIES/
         SUITS                                                                    [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI                       COMMODITIES/
[ ] 190  OTHER                                       **PRISONER PETITIONS**           RELATIONS            [ ] 865 RSI (405(g))                         EXCHANGE
         CONTRACT                                    [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT
[ ] 195  CONTRACT                                    [ ] 510 MOTIONS TO           [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**                    [ ] 890 OTHER STATUTORY
         PRODUCT            **ACTIONS UNDER STATUTES** VACATE SENTENCE            LEAVE ACT (FMLA)                                                     ACTIONS
         LIABILITY                                       28 USC 2255                                      [ ] 870 TAXES (U.S. Plaintiff or          [ ] 891 AGRICULTURAL ACTS
[ ] 196 FRANCHISE           **CIVIL RIGHTS**         [ ] 530 HABEAS CORPUS        [ ] 790 OTHER LABOR         Defendant)                            [ ] 893 ENVIRONMENTAL
                                                     [ ] 535 DEATH PENALTY           LITIGATION          [ ] 871 IRS-THIRD PARTY                       MATTERS
                            [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER   [ ] 791 EMPL RET INC        26 USC 7609                           [ ] 895 FREEDOM OF
                                (Non-Prisoner)                                        SECURITY ACT (ERISA)                                             INFORMATION ACT
**REAL PROPERTY**                                                                                                                                  [ ] 896 ARBITRATION
                            [ ] 441 VOTING                                        **IMMIGRATION**                                                  [ ] 899 ADMINISTRATIVE
[ ] 210  LAND               [ ] 442 EMPLOYMENT       **PRISONER CIVIL RIGHTS**                                                                         PROCEDURE ACT/REVIEW OR
         CONDEMNATION       [ ] 443 HOUSING/                                      [ ] 462 NATURALIZATION                                               APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE            ACCOMMODATIONS       [ ] 550 CIVIL RIGHTS             APPLICATION
[ ] 230  RENT LEASE &       [ ] 445 AMERICANS WITH   [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                                        [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT              DISABILITIES -       [ ] 560 CIVIL DETAINEE           ACTIONS                                                          STATE STATUTES
[ ] 240  TORTS TO LAND          EMPLOYMENT               CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT       [ ] 446 AMERICANS WITH
         LIABILITY              DISABILITIES -OTHER
[ ] 290  ALL OTHER          [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER_____   JUDGE_____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)   **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [x]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

95 Bradley Ave.
White Plains, NY 10607
Westchester County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

7855 Boulevard East #14-L
North Bergen, NJ 07017
Hudson County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
RECEIPT # _____   [ ] NO
[ ] YES (DATE ADMITTED Mo. ____ Yr. ____)
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print